THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS CANO, Appellant.

Submitted July 6, 2009; decided September 8, 2009

Reported below, 54 AD3d 684.

Motion for reargument denied [*see* 12 NY3d 876 (2009)].

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FUENTES, Appellant.

Submitted July 13, 2009; decided September 8, 2009

Reported below, 48 AD3d 479.

Motion for reargument denied [*see* 12 NY3d 259 (2009)].

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CURRY, Appellant, v JAMES CONWAY, Superintendent of Attica Correctional Facility, Respondent.

Submitted June 15, 2009; decided September 8, 2009

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602).

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN FULTON JR., Appellant, v WILLIAM LAPE, as Superintendent of Coxsackie Correctional Facility, Respondent.

Decided September 8, 2009

Reported below, 61 AD3d 1227.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.